**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 21-7229

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

HUMAIRA IQBAL,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Claude M. Hilton, Senior District Judge.  (1:15-cr-00118-CMH-2; 1:21-cv-00354-CMH)

Submitted:  August 18, 2022                                    Decided:  August 22, 2022

Before WYNN, THACKER, and HEYTENS, Circuit Judges.

Dismissed in part and affirmed in part by unpublished per curiam opinion.

William Frederick Gould, HOLLAND & KNIGHT, LLP, Washington, D.C., for Appellant.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Humaira Iqbal seeks to appeal the district court's order dismissing as untimely her 28 U.S.C. § 2255 motion, *see Whiteside v. United States*, 775 F.3d 180, 182-83 (4th Cir. 2014) (en banc) (explaining that § 2255 motions are subject to one-year statute of limitations, running from latest of four commencement dates enumerated in 28 U.S.C. § 2255(f)), and denying relief on her alternative requests for relief under 28 U.S.C. § 2241 and a writ of coram nobis. The order denying § 2255 relief is not appealable unless a circuit justice or judge issues a certificate of appealability. 28 U.S.C. § 2253(c)(1)(B). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). When, as here, the district court denies relief on procedural grounds, the prisoner must demonstrate both that the dispositive procedural ruling is debatable and that the motion states a debatable claim of the denial of a constitutional right. *Gonzalez v. Thaler*, 565 U.S. 134, 140-41 (2012) (citing *Slack v. McDaniel*, 529 U.S. 473, 484 (2000)). We have independently reviewed the record and conclude that Iqbal has not made the requisite showing. Accordingly, we deny a certificate of appealability and dismiss the appeal of the district court's denial of Iqbal's § 2255 motion.

Turning to the alternative requests for relief under § 2241 and coram nobis, we have reviewed the record and find no reversible error. Accordingly, we affirm that part of the district court's order. We dispense with oral argument because the facts and legal

2

contentions are adequately presented in the materials before this court and argument would

not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*